**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Daryl Fred Heller*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP) |
| Prestige Fund A, LLC, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>DARYL HELLER and HELLER CAPITAL GROUP, LLC,<br><br>Defendants. | Adv. Pro. No. 25-01128<br><br>**Removed from:**<br>IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PA<br><br>CASE NO. CI-25-00491 |

**SUBMISSION OF RECORDS PURSUANT TO D.N.J. LBR 9027-1(c)**

On January 24, 2025, the action captioned, *Prestige Fund A, LLC; Prestige Fund A II, LLC; Prestige Fund A IV, LLC; Prestige Fund A V, LLC; Prestige Fund A VI, LLC; Prestige Fund A VII, LLC; Prestige Fund A IX, LLC; Prestige Fund B, LLC; Prestige Fund B II, LLC; Prestige Fund B IV, LLC; Prestige Fund B V, LLC; Prestige Fund B VI, LLC; Prestige Fund B VII, LLC; Prestige Fund B BTM I, LLC; Prestige Fund D, LLC; Prestige Fund D III, LLC; Prestige Fund D IV, LLC; Prestige Fund D V, LLC; Prestige Fund D VI, LLC; Prestige Fund D BTM I, LLC; WF Velocity I, LLC; WF Velocity Fund IV, LLC; WF Velocity Fund V, LLC; WF Velocity Fund VI, LLC; and WF Velocity Fund VII, LLC v. Daryl Heller and Heller Capital Group, LLC*, Case No. CI-25-00491, pending In the Court of Common Pleas of Lancaster

County, PA (the "PA Action") was removed by the filing of a Notice of Removal by Daryl Fred Heller, chapter 11 debtor and debtor-in-possession ("Debtor") pursuant to Title 28 of the United States Code, Sections 1334(b) and 1452(a), Federal Rule of Bankruptcy Procedure 9027 and D.N.J. LBR- 9027-1(a).  Pursuant to D.N.J. LBR 9027-1(c), the Debtor hereby submits the following records filed in the Action:

1. Annexed hereto as **Exhibit A** is a copy of the docket for the PA Action.

2. Annexed hereto as **Exhibit B** is a copy of the Complaint filed by Prestige Fund A, LLC; Prestige Fund A II, LLC; Prestige Fund A IV, LLC; Prestige Fund A V, LLC; Prestige Fund A VI, LLC; Prestige Fund A VII, LLC; Prestige Fund A IX, LLC; Prestige Fund B, LLC; Prestige Fund B II, LLC; Prestige Fund B IV, LLC; Prestige Fund B V, LLC; Prestige Fund B VI, LLC; Prestige Fund B VII, LLC; Prestige Fund B BTM I, LLC; Prestige Fund D, LLC; Prestige Fund D III, LLC; Prestige Fund D IV, LLC; Prestige Fund D V, LLC; Prestige Fund D VI, LLC; Prestige Fund D BTM I, LLC; WF Velocity I, LLC; WF Velocity Fund IV, LLC; WF Velocity Fund V, LLC; WF Velocity Fund VI, LLC; and WF Velocity Fund VII, LLC (the "Plaintiffs") on January 24, 2025.

3. Annexed hereto as **Exhibit C** is a copy of the Praecipe to Reinstate Complaint filed by the Plaintiffs on February 28, 2025.

4. Annexed hereto as **Exhibit D** is the Proof of Service regarding the Complaint filed by the Plaintiffs on March 21, 2025.

                **McMANIMON, SCOTLAND
                & BAUMANN, LLC**
                *Counsel for Daryl Fred Heller*

                By:   */s/ Sari B. Placona*
Dated: March 25, 2025            Sari B. Placona

4921-6706-9486, v. 1