# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Daryl Fred Heller v. Prestige Fund A, LLC et al. | Case No.: | 25-11354 |
| | Hearing Date: | 4/29/2025 |
| | Chapter: | ADV- 25-1128 JNP |
| | Judge: | Poslusny |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference- Notice of Removal Filed

**Location of Hearing:** Courtroom No. 4C
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 4/29/2025 @ 2:00PM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 26, 2025

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 26, 2025 this notice was served on the following: Plaintiff's Attorney, Defendant

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*