**STARK & STARK**
A Professional Corporation
Marshall T. Kizner, Esq. (mkizner@stark-stark.com)
P.O. Box 5315
Princeton NJ 08543-5315
Tel: 609-219-7449
Facsimile: 609-895-7395

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> Daryl Fred Heller | Chapter 11 <br><br> Case No. 25-11354 (JNP) |
| Prestige Fund A, LLC *et al.* <br><br> v. <br><br> Daryl Heller and Heller Capital Group, LLC | Adv. Proc. 25-1128 (JNP) |

### RULE 9027 STATEMENT OF CONSENT

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC, hereby state that they <u>do</u> consent to entry of final orders or judgment by the bankruptcy court.

1

                                                  **STARK & STARK**
                                                  A Professional Corporation

Date: June 12, 2025                  */s/ Marshall T. Kizner*
                                                 MARSHALL T. KIZNER

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system upon all parties registered to receive electronic notices in this case, and by United States First Class Mail to the following:

Daryl Fred Heller
909 Greenside Drive
Lititz, PA 17543

                                          **STARK & STARK**
                                          A Professional Corporation

Date:  June 12, 2025                        */s/ Marshall T. Kizner*
                                                  MARSHALL T. KIZNER

4914-2704-1869, v. 1