| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **SAXTON & STUMP LLC** <br> Joshua J. Voss, Esq. <br> 280 Granite Run Drive, Suite 300 <br> Lancaster, PA 17601 <br> (717) 556-1072 <br><br> **STARK & STARK, PC** <br> Marshall T. Kizner, Esq. <br> Joseph H. Lemkin, Esq. <br> 100 American Metro Blvd. <br> Hamilton, NJ 08619 <br> Telephone (609) 791-7022 <br> *Attorneys for Prestige* | Order Filed on June 18, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: <br><br> DARYL FRED HELLER, <br><br>      Debtor. | Chapter 11 <br><br> Case No. 25-11354 (JNP) |

### ORDER CONSOLIDATING MOTION TO EXPUNGE WITH ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 42 AND FED. R. BANKR. P. 7042

The Relief set forth in the following page two is hereby **ORDERED**.

**DATED: June 18, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Upon consideration of Prestige Fund A, LLC, Prestige Fund A IV, LLC, Prestige Fund A IX, LLC, Prestige Fund B, LLC, Prestige Fund B II, LLC, Prestige Fund B IV, LLC, Prestige Fund B V, LLC, Prestige Fund B VI, LLC, Prestige Fund B VII, LLC, Prestige Fund B BTM I, LLC, Prestige Fund A II, LLC, Prestige Fund A V, LLC, Prestige Fund A VI, LLC, Prestige Fund A VII, LLC, Prestige Fund D, LLC, Prestige Fund D III, LLC, Prestige Fund D IV, LLC, Prestige Fund D V, LLC, Prestige Fund D VI, LLC, Prestige Fund D BTM I, LLC, WF Velocity I, LLC, WF Velocity Fund IV, LLC, WF Velocity Fund V, LLC, WF Velocity Fund VI, LLC and WF Velocity Fund VII, LLC (collectively, "Prestige") Motion to Consolidate Debtor's Motion to Expunge, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, made applicable through Bankruptcy Rule 7042, with *Prestige Fund A, LLC, et al., v. Daryl Heller, et al.*, Adv. Pro. No., 25-01128-JNP (the "Crossmotion") and consideration of Daryl Heller ("Debtor's") Motion to Expunge Claims; and after due deliberation and sufficient and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Crossmotion, ECF No. 315, is **GRANTED**, in full; and

2. Debtor's Motion to Expunge, ECF No. 288, is hereby **CONSOLIDATED** with *Prestige Fund A, LLC, et al., v. Daryl Heller, et al.*, Adv. Pro. No., 25-01128-JNP ("AP Case"), for purposes of discovery and trial; and

3. All future filings concerning any dispute regarding Prestiges' claims, claim nos. 13 to 37, shall be filed in the AP Case.

4. Debtor shall file an answer to the AP Case no later than June 20, 2025.

4925-3314-6958, v. 1