

MARSHALL T. KIZNER
DIRECT DIAL NUMBER
609-219-7449
DIRECT FAX NUMBER
609-895-7395
E-MAIL
mkizner@stark-stark.com

June 30, 2025

*VIA ECF*

Hon. Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Courtroom 4C
Camden, NJ 08101

**Re:    Heller et al v. Prestige Fund A, LLC et al.
Adv. Pro. No. 25-1128 (JNP)**

Dear Judge Poslusny:

Stark & Stark, P.C. is counsel to the Prestige Funds ("Prestige"). On June 26, 2025, Your Honor conducted a case management conference, wherein the Court fixed a deadline, July 21, 2025, to respond to Defendant, Daryl Heller's, Counterclaim and scheduled a pre-trial conference on August 5, 2025 at 2:00 p.m.

Since then, Prestige reached out to Defendant, Daryl Heller, and requested to extend the responsive pleading deadline from July 21, 2025 to August 1, 2025. Defendant, Daryl Heller, *consents* to this request.

Thank you for your courtesies and cooperation.

Respectfully,

STARK & STARK
A Professional Corporation

BY: /s/ *Marshall T. Kizner*
    MARSHALL T. KIZNER, ESQ.

MTK/cc
cc:    Sari Placona (via ECF)
       Heidi Sorvino (via ECF)