| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **SAXTON & STUMP LLC**<br>G. William Bartholomew, Esq.<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 17601<br>T: (717) 556-1000<br>E: wbartholomew@saxonstump.com<br><br>**STARK & STARK**<br>Marshall T. Kizner, Esq.<br>Joseph H. Lemkin, Esq.<br>P.O. Box 5315<br>Princeton, NJ 08543-5315<br>T: 609-791-7022<br>E: jlemkin@stark-stark.com<br>   mkizner@stark-stark.com<br><br>*Counsel for Plaintiffs-Counterclaim Defendants Prestige Fund A, LLC, et al.* |

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>            Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11 |
| PRESTIGE FUND A, LLC, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>DARYL HELLER and HELLER CAPITAL GROUP, LLC,<br><br>            Defendants. | Adv. Pro. No. 25-01128 (JNP) |

**DECLARATION OF G. WILLIAM BARTHOLOMEW IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DARYL HELLER'S COUNTERCLAIMS <u>AND STRIKE PORTIONS OF HIS ANSWER</u>**

I, G. William Bartholomew, hereby declare as follows:

1. I am an attorney duly admitted to practice law in the States of New York and New Jersey, and before this Court. I am Senior Counsel with the firm Saxton & Stump, LLC, which, along with the law firm Stark & Stark, is counsel to Plaintiffs-Counterclaim Defendants Prestige Fund A, LLC; Prestige Fund A II, LLC; Prestige Fund A IV, LLC; Prestige Fund A V, LLC; Prestige Fund A VI, LLC; Prestige Fund A VII, LLC; Prestige Fund A IX, LLC; Prestige Fund B, LLC; Prestige Fund B II, LLC; Prestige Fund B IV, LLC; Prestige Fund B V, LLC; Prestige Fund B VI, LLC; Prestige Fund B VII, LLC; Prestige Fund B BTM I, LLC; Prestige Fund D, LLC; Prestige Fund D III, LLC; Prestige Fund D IV, LLC; Prestige Fund D V, LLC; Prestige Fund D VI, LLC; Prestige Fund D BTM I, LLC; WF Velocity I, LLC; WF Velocity Fund IV, LLC; WF Velocity Fund V, LLC; WF Velocity Fund VI, LLC; and WF Velocity Fund VII, LLC (collectively, the "Funds").

2. I respectfully submit this Declaration in support of the Funds' motion for an Order: (i) dismissing under FRCP 12(b)(1) and 12(b)(6) the counterclaims in the Answer, Affirmative Defenses, and Counterclaims filed by Defendant-Counterclaim Plaintiff Daryl Heller; (ii) striking Heller's answers to paragraphs 11-37, 39, 42-54, 67-69, 82, 84-85, 89-93, 96-98, 107-110, 116-119, 126-129, 136, and 140-141 of the Funds' Complaint and deeming those paragraphs admitted under FRCP 12(f); and (iii) granting the Funds such other and further relief as this Court deems just and proper (the "Motion").

3. The purpose of this Declaration is to submit certain documents relevant to the Motion for the Court's consideration.

4. Annexed hereto as Exhibit A is a true and correct copy of an Opinion and Order signed by the Honorable Leonard G. Brown and entered in the matter *Prestige Fund A, LLC, et*

*al. v. Paramount Management Group, LLC*, No. CI-24-06012, in the Court of Common Pleas of Lancaster County, Pennsylvania (the "Paramount Action") on January 10, 2025.

5.  Annexed hereto as Exhibit B is a true and correct copy of an article published on LancasterOnline.com on July 1, 2025 entitled *Daryl Heller fires back against fraud lawsuit; claims investment managers triggered ATM network collapse*, which is available at https://lancasteronline.com/business/local_business/daryl-heller-fires-back-against-fraud-lawsuit-claims-investment-managers-triggered-atm-network-collapse/article_37d393e2-f6ca-4c50-bd80-529035c1a0ea.html.

6.  Annexed hereto as Exhibit C is a true and correct copy of a Stipulation for Expansion of Time to Pursue Resolution signed by the parties in the Paramount Action and filed in that case on September 24, 2024, along with an Order signed by Judge Brown that same day approving the stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of July, 2025.

_____
G. WILLIAM BARTHOLOMEW