Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Daryl Fred Heller
Debtor

Case No.: 25−11354−JNP
Chapter 11

Daryl Fred Heller
Plaintiff

v.

Prestige Fund A, LLC et al.
Defendant

Adv. Proc. No. 25−01128−JNP                    Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 22, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 22
Order Granting Application To Allow Attorney Joshua J. Voss, Esq as Special Counsel to Appear Pro Hac Vice (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 8/22/2025. (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 22, 2025
JAN: kvr

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

Heller,
    Plaintiff

Prestige Fund A, LLC et al.,
    Defendant

Adv. Proc. No. 25-01128-JNP

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 22, 2025 | Form ID: orderntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | James C. Vandermark, White and Williams, LLC, Liberty View, 457 Haddonfield Road, Suite 400 Cherry Hill, NJ 08002-2220 |
| pla | + | Daryl Fred Heller, 909 Greenside Drive, Lititz, PA 17543-6607 |
| dft | + | Heller Capital Group LLC, c/o White and Williams LLP, 457 Haddonfield Road, Suite 400, Cherry Hill, NJ 08002-2220 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

**Name        Email Address**

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund A II  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund D  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff WF Velocity Fund VII  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
    on behalf of Plaintiff Prestige Fund B IV  LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew

Case 25-01128-JNP    Doc 27    Filed 08/24/25    Entered 08/25/25 00:15:33    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: orderntc | Total Noticed: 3 |

on behalf of Plaintiff Prestige Fund B V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VII LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund V LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D VI LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B II LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund B BTM I LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund A IX LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff Prestige Fund D III LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Defendant Prestige Fund A LLC et al. wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

George William Allison Bartholomew
on behalf of Plaintiff WF Velocity Fund IV LLC wbartholomew@saxtonstump.com, jvoss@saxtonstump.com

Heidi J. Sorvino
on behalf of Defendant Heller Capital Group LLC sorvinoh@whiteandwilliams.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff WF Velocity Fund VI LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund A LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund D IV LLC jlemkin@stark-stark.com

Joseph H. Lemkin
on behalf of Plaintiff Prestige Fund B II LLC jlemkin@stark-stark.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 22, 2025 | Form ID: orderntc | Total Noticed: 3 |

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A II  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D BTM I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity I  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IX  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D V  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Defendant Prestige Fund A  LLC et al. jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff WF Velocity Fund VII  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund B IV  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D VI  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund D III  LLC jlemkin@stark-stark.com

Joseph H. Lemkin
    on behalf of Plaintiff Prestige Fund A IV  LLC jlemkin@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund V  LLC mkizner@stark-stark.com

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Aug 22, 2025 | Form ID: orderntc | Total Noticed: 3

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IX  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B BTM I  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff WF Velocity Fund IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Defendant Prestige Fund A  LLC et al. mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VII  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D III  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B II  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B V  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund B VI  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund D IV  LLC mkizner@stark-stark.com

Marshall T. Kizner
    on behalf of Plaintiff Prestige Fund A IV  LLC mkizner@stark-stark.com

Sari Blair Placona
    on behalf of Plaintiff Daryl Fred Heller splacona@msbnj.com

TOTAL: 80