| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **SAXTON & STUMP LLC** <br> Joshua J. Voss, Esq.* <br> G. William Bartholomew, Esq. <br> 280 Granite Run Drive, Suite 300 <br> Lancaster, PA 17601 <br> T: (717) 556-1000 <br> E: jvoss@saxtonstump.com <br> wbartholomew@saxtonstump.com <br> *Admitted pro hac vice* <br><br> **STARK & STARK** <br> Marshall T. Kizner, Esq. <br> Joseph H. Lemkin, Esq. <br> P.O. Box 5315 <br> Princeton, NJ 08543-5315 <br> T: 609-791-7022 <br> E: jlemkin@stark-stark.com <br>     mkizner@stark-stark.com <br><br> *Counsel for Plaintiffs-Counterclaim Defendants Prestige Fund A, LLC, et al.* |

| | |
|---|---|
| In re: <br><br> DARYL FRED HELLER, <br><br>         Debtor. | Case No. 25-11354 (JNP) <br><br> Chapter 11 |
| PRESTIGE FUND A, LLC, *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> DARYL HELLER and HELLER CAPITAL GROUP, LLC, <br><br>         Defendants. | Adv. Pro. No. 25-01128 (JNP) |

**STATUS REPORT IN RESPONSE TO DECEMBER 16, 2025 TEXT ORDER**

Fred Stevens (the "Trustee"), in his capacity as chapter 11 trustee of the estate of Daryl Fred Heller, and Plaintiffs-Counterclaim Defendants Prestige Fund A, LLC; Prestige Fund A II, LLC; Prestige Fund A IV, LLC; Prestige Fund A V, LLC; Prestige Fund A VI, LLC; Prestige Fund A VII, LLC; Prestige Fund A IX, LLC; Prestige Fund B, LLC; Prestige Fund B II, LLC; Prestige Fund B IV, LLC; Prestige Fund B V, LLC; Prestige Fund B VI, LLC; Prestige Fund B VII, LLC; Prestige Fund B BTM I, LLC; Prestige Fund D, LLC; Prestige Fund D III, LLC; Prestige Fund D IV, LLC; Prestige Fund D V, LLC; Prestige Fund D VI, LLC; Prestige Fund D BTM I, LLC; WF Velocity I, LLC; WF Velocity Fund IV, LLC; WF Velocity Fund V, LLC; WF Velocity Fund VI, LLC; and WF Velocity Fund VII, LLC (collectively, the "Funds") jointly submit this status report in response to the Court's Text Order of December 16, 2025.

Since the Court entered the Text Order, on December 17, 2025, the Trustee filed the Chapter 11 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Converting the Debtor's Case to Chapter 7 (No. 25-11354, Doc. 707) (the "Chapter 7 Motion"). As of this filing, the Chapter 7 Motion is unopposed. It is scheduled to be heard on January 20, 2026.

The Funds and the Trustee met several times to discuss both the Text Order and the Chapter 7 Motion. As a result of those discussions, the Funds and the Trustee respectfully request that the Court keep the above-captioned adversary proceeding stayed pending the Court's disposition of the Chapter 7 Motion. The Funds and the Trustee reasonably believe that this adversary proceeding can be quickly advanced once the Chapter 7 Motion is resolved. The Funds and the Trustee further respectfully request that the Court permit the filing of an additional status report in this adversary proceeding within fourteen (14) days of either (1) the Court's appointment of a chapter 7 trustee, or (2) the Court's denial of the Chapter 7 Motion.

The Funds consulted with Debtor's counsel before filing this report and counsel advised

that Debtor consents to the continued stay of this adversary proceeding.

Respectfully submitted,

| | |
|---|---|
| */s/ G. William Bartholomew* | */s/ Sean C. Southard.* |
| Joshua J. Voss, Esq.* | Sean C. Southard |
| G. William Bartholomew, Esq. | Fred Stevens |
| **SAXTON & STUMP LLC** | Christopher J. Reilly |
| 280 Granite Run Drive, Suite 300 | **KLESTADT WINTERS JURELLER** |
| Lancaster, PA 17601 | **SOUTHARD & STEVENS, LLP** |
| T: (717) 556-1000 | 200 West 41st Street, 17th Floor |
| E: jvoss@saxtonstump.com | New York, New York 10036-7203 |
| wbartholomew@saxtonstump.com | Tel: (212) 972-3000 |
| **Admitted pro hac vice* | Fax: (212) 972-2245 |
| | Email: ssouthard@klestadt.com |
| Marshall T. Kizner, Esq. | fstevens@klestadt.com |
| Joseph H. Lemkin, Esq. | creilly@klestadt.com |
| **STARK & STARK** | |
| P.O. Box 5315 | *Counsel to Fred Stevens, Chapter 11 Trustee* |
| Princeton, NJ 08543-5315 | |
| T: 609-791-7022 | |
| E: jlemkin@stark-stark.com | |
| mkizner@stark-stark.com | |

*Counsel for Plaintiffs-Counterclaim
Defendants Prestige Fund A, LLC, et al.*

Dated: January 9, 2026

2